**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01649-CV

## IN RE MAGNUM HUNTER RESOURCES CORPORATION, Appellant

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02198**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
           JUSTICE